# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 7, 2007

133232 & (28)
133276 & (21)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

RAYMOND O'NEAL,
            Plaintiff-Appellee,

v

ST. JOHN HOSPITAL & MEDICAL
CENTER and DR. RALPH DILISIO,
            Defendants,

and

DR. EFSTATHIOS TAPAZOGLOU,
            Defendant-Appellant.

_____/

SC: 133232
COA: 274573
Wayne CC: 05-515351-NH

RAYMOND O'NEAL,
            Plaintiff-Appellee,

v

ST. JOHN HOSPITAL & MEDICAL
CENTER and DR. RALPH DILISIO,
            Defendants-Appellants,

and

DR. EFSTATHIOS TAPAZOGLOU,
            Defendant.

_____/

SC: 133276
COA: 274570
Wayne CC: 05-515351-NH

On order of the Court, the motions for immediate consideration are GRANTED. We further ORDER that trial court proceedings are stayed. The applications for leave to appeal the February 8, 2007 orders of the Court of Appeals remain pending.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 7, 2007

0306

_____
Clerk